Frank C. Krug and Another, Respondents, v. Diamond Tobacco Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the delay of more than a year under the circumstances was unreasonable and inexcusable, All concurred, except Robson and Merrell, JJ., who dissented.